OFFICE OF DISCIPLINARY COUNSEL *v.* JONES.

[Cite as Disciplinary Counsel *v.* Jones (1988), 38 Ohio St. 3d 338.]

(No. D.D. 87-33—Submitted April 6, 1988—Decided September 7, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator.

*McConnell, Taylor & Tolliver* and *C. Allan McConnell,* for respondent.

*Per Curiam.* This court has thoroughly reviewed the instant record

and has found ample support for the board's conclusions. We therefore adopt the board's findings as well as its recommendation. Respondent is hereby ordered suspended from the practice of law in Ohio for an indefinite period to commence on the date of this decision. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

DOUGLAS, J., not participating.